UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN, NEW JERSEY

CHARLES SCOTT

        Plaintiff(s)

(vs)

BAYSIDE STATE PRISON, ET AL.

        Defendant(s)

**JUDGMENT**

Civil #09-03346 (RBK)

---

The Hon. John W. Bissell, Special Master, appointed by this Court having found on April 22, 2010, and no timely objection having been filed,

IT IS, on this 3rd day of June, 2010

ORDERED that the report of Hon. John W. Bissell dated April 22, 2010 is hereby affirmed and Judgment of No Cause For Action be entered in favor of **defendants Bayside State Prison, et al.** and against **plaintiff Charles Scott.**

HON. ROBERT B. KUGLER, U.S.D.J.